NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1056, -1101

ROCHE PALO ALTO LLC,

Plaintiff-Appellant,

v.

RANBAXY LABORATORIES LIMITED and RANBAXY, INC.,

Defendants-Cross-Appellants.

Appeals from the United States District Court for the District of New Jersey in case no. 06-CV-2003, Judge Freda L. Wolfson.

ON MOTION

O R D E R

The parties move for an extension of time, until February 17, 2010, for Roche Palo Alto LLC to file its opening brief, and an extension of time, until May 12, 2010, for Ranbaxy Laboratories Limited and Ranbaxy, Inc. to file their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FEB 0 2 2010
_____
Date

cc: Tony V. Pezzano, Esq.
William R. Zimmerman, Esq.

s21

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2010

JAN HORBALY
CLERK